UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

|  |  |
|---|---|
| LEAH LaROCK, *et al.*,<br>            Plaintiffs,<br><br>        v.<br><br>MARDI GRAS ENTERTAINMENT, INC.,<br>*et al.*,<br>            Defendants. | Civil Action No. 20-cv-10083-KAR<br><br><br>**JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate that the within action, including all claims, counterclaims and crossclaims filed, or that could have been filed, in said action be dismissed with prejudice, without costs or interest to any party and with all parties waiving their rights of appeal.

Dated:  April 12, 2021

The Plaintiffs,
LEAH LaROCK, *et al.*,
By their Attorneys,

            /s/ Raymond Dinsmore
Raymond Dinsmore, Esq. (BBO # 667340)
Richard E. Hayber, Esq. (BBO # 569131)
Hayber, McKenna & Dinsmore, LLC
One Monarch Place, Suite 1340
Springfield, MA 01144
Tel: 413-785-1400; Fax: (860) 218-9555
e-Mail:  rdinsmore@hayberlawfirm.com

            /s/ Matthew Thomson
Matthew Thomson, Esq. (BBO # 682745)
Shannon Liss-Riordan, Esq. (BBO # 640716)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA  02116
Tel: (617) 994-5800; Fax: (617) 994-5801
e-Mail:  mthomson@llrlaw.com

Dated:  April 12, 2021

The Defendants,
MARDI GRAS ENTERTAINMENT, INC., *et al.*,
By their attorneys,

            /s/ Jeffrey Morneau
Jeffrey S. Morneau (BBO #643668)
Connor & Morneau, LLP
273 State Street, Second Floor
Springfield, MA 01103
Tel:  413-455-1730
e-Mail:  jmorneau@cmolawyers.com

            /s/ Daniel D. Kelly
Daniel D. Kelly
DK Law Offices
33 Mulberry Street
Springfield, MA 01105
Tel:  (413) 733-0770
e-Mail:  dkelly@dankellylawoffices.com

**CERTIFICATE OF SERVICE**

I, Raymond Dinsmore, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 12, 2021.

__/s/ Raymond Dinsmore__
Raymond Dinsmore